■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN K. TURNER, Appellant. [36 NYS3d 830]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Golia, J., at plea; Zaro, J., at sentence), imposed September 29, 2014, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Maracle,* 19 NY3d 925 [2012]; *People v Bradshaw,* 18 NY3d 257, 265 [2011]) and, thus, does not preclude review of his excessive sentence claim. However, contrary to the defendant's contention, the sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). Eng, P.J., Hall, Cohen, LaSalle and Connolly, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH TUSA, Appellant. [36 NYS3d 829]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Braslow, J.), imposed April 3, 2015, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Sanders,* 25 NY3d 337 [2015]; *People v Green,* 136 AD3d 1055, 1055 [2016]). Eng, P.J., Balkin, Hall, Cohen and Maltese, JJ., concur.